**THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **13-52668** |
| **ARNOLD L FRENCH** | ) | |
| | ) | ALAN M. KOSCHIK |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **ARNOLD L FRENCH
   Check 174294
   Claim #999**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$4947.03** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **7/7/2016**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**ARNOLD L FRENCH**
**2274 ENGLEWOOD AVENUE**
**AKRON, OH 44312**
**(Via Regular Mail)**

**CHRIS G. MANOS, ATTORNEY (via ECF)**

**ARNOLD L FRENCH**
**2274 ENGLEWOOD AVENUE**
**AKRON, OH 44312**
**(via Regular Mail)**

Date of Service: **7/7/2016**      By: **Natalie Everly**
                                   Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072